## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CALVIN CAMPS                          :          CIVIL ACTION
                                      :
       v.                             :
                                      :
CORRECTIONAL OFFICER, MS PIERCE, et al. :         NO. 06-2262

### M E M O R A N D U M

ROBERT F. KELLY, J.                        MAY       , 2006

        Plaintiff, an inmate, is seeking to bring a pro se 42 U.S.C.
§ 1983 civil rights action without prepayment of fees.  He alleges
that he was injured by Correctional Officer Pierce.  He further
alleges that he was given a "write up" by the defendants to cover
up the facts of his injuries.  He states that he received medical
treatment for his injuries.

        Pursuant to 28 U.S.C. § 1915(g), a prisoner who on three or
more prior occasions while incarcerated has filed an action in a
federal court that was dismissed as frivolous, malicious, or for
failure to state a claim upon which relief may be granted, must be
denied in forma pauperis status unless he is in imminent danger of
serious physical injury at the time that the complaint is filed.
Abdul-Akbar v. McKelvie, 239 F.3d 307 (3d Cir.), cert. denied, 533
U.S. 953 (2001).

        Plaintiff has, prior to the instant action, filed four civil
actions in a federal court which were dismissed as frivolous.[1]

---

        [1]  The four civil actions filed by plaintiff were as
follows: 1) Civil Action No. 95-2603 was dismissed as frivolous
by Order of this Court filed May 8, 1995; 2) Civil Action No. 91-
5807 was dismissed as frivolous by Order of this Court filed
September 17, 1991; 3) Civil Action No. 91-5765 was dismissed as
frivolous by Order of this Court filed September 16, 1991, and 4)

Dockets.Justia.com

Furthermore, nothing in this complaint suggests that plaintiff is in imminent danger of serious physical injury. Accordingly, plaintiff's motion to proceed in forma pauperis will be denied.

---

Civil Action No. 90-7617 was dismissed as frivolous by Order of this Court filed December 14, 1990.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CALVIN CAMPS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CORRECTIONAL OFFICER, MS PIERCE, <u>et</u> <u>al</u>. | : | NO. 06-2262 |

<u>O R D E R</u>

**AND NOW**, this          day of May, 2006, in accordance with
the accompanying memorandum, **IT IS ORDERED** that plaintiff's
motion for leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is **DENIED** pursuant
to 28 U.S.C. § 1915(g).


BY THE COURT:


 /S/ ROBERT F. KELLY, J.